UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: PARLOR BELLEVUE LLC,

        Debtor.

---

EDMUND J WOOD,

        Plaintiff,

v.

SPINTOUCH INC,

        Defendant.

C18-1576 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1) Defendant Spin Touch, Inc.'s motion for partial withdrawal of reference, docket no. 1, is GRANTED in part and DEFERRED in part as follows:

        (a) The Bankruptcy Court shall retain jurisdiction over this action for pretrial matters, and may submit proposed findings of fact and conclusions of law to this Court pursuant to 28 U.S.C. § 157(c)(1). *See Budsberg v. Spice*, 2017 WL 3895701, at *3 (W.D. Wash. Sep. 6, 2017) (citing *In re Healthcentral.com*, 504 F.3d 775, 787 (9th Cir. 2007)).

        (b) Defendant's motion for partial withdrawal of reference is otherwise DEFERRED, and this matter is STAYED pending further proceedings before the Bankruptcy Court. Within six months of the date of this Minute Order, counsel shall file a joint status report concerning the progress of proceedings before the

MINUTE ORDER - 1

Bankruptcy Court. Failure to timely file such joint status report will be grounds for dismissing this case without prejudice.

(c) If a trial becomes necessary on non-core claims, the Bankruptcy Court may file an appropriate report and recommendation and the parties shall file a joint status report indicating when they anticipate being prepared for trial.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of November, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2