UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: PARLOR BELLEVUE LLC,

        Debtor.

---

EDMUND J. WOOD,

        Plaintiff,

  v.

SPINTOUCH INC,

        Defendant.

C18-1576 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This matter remains STAYED pending further proceedings before the Bankruptcy Court. Within six months of the date of this Minute Order, counsel shall file a joint status report concerning the progress of proceedings before the Bankruptcy Court. Failure to timely file such joint status report will be grounds for dismissing this case without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of April, 2019.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1