UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: PARLOR BELLEVUE LLC,

    Debtor.

---

EDMUND J. WOOD,

    Plaintiff,

v.

SPINTOUCH INC.,

    Defendant.

C18-1576 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 7, indicating that the parties are engaged in settlement discussions, and nothing further having been filed since October 16, 2019, the Court DIRECTS the parties to file a Joint Status Report within sixty (60) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of January, 2020.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1