# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re: PARLOR BELLEVUE LLC,

    Debtor.

---

EDMUND J. WOOD,

    Plaintiff,

v.

SPINTOUCH INC.,

    Defendant.

C18-1576 TSZ

ORDER

By Minute Order dated January 13, 2020, docket no. 8, the Court directed the parties to file, within sixty (60) days thereafter, a Joint Status Report concerning the status of their settlement negotiations. The Court having received no Joint Status Report, and having taken judicial notice of the fact that the adversary proceeding between the parties was dismissed with prejudice by the Bankruptcy Court upon the Trustee's motion, this action is hereby also DISMISSED with prejudice and without costs.

IT IS SO ORDERED.

Dated this 2nd day of April, 2020.

                                        Thomas S. Zilly
                                        United States District Judge

ORDER - 1